## (May 10, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD BERGMAN, Appellant.—Judgment, Supreme Court, New York County, rendered on September 14, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Yesawich, JJ.

■ TRIO INDUSTRIES, INC., Respondent, v CHEROKEE PLATE GLASS CO., INC., Appellant.—Order, Supreme Court, New York County, entered on September 29, 1976, unanimously affirmed for the reasons stated by° Korn, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Yesawich, JJ.

■ GALATEA, S.p.A., et al., Appellants, v AVCO EMBASSY PICTURES CORP., Formerly EMBASSY PICTURES CORP., Respondent.—Judgment, Supreme Court, New York County, entered on October 9, 1975, unanimously affirmed for the reasons stated by Korn, J., at I. C. Part XIII. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Yesawich, JJ.

■ 2844 HUDSON BOULEVARD, INC., Respondent, v JOE NORBAN, INC., Appellant.—Order, Supreme Court, New York County, entered on January 28, 1976, unanimously affirmed on the opinion of Seymour Schwartz, J., at Trial Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Evans, Capozzoli and Yesawich, JJ.

■ In the Matter of C. D. R. ENTERPRISES, LTD., Petitioner, v HARRISON J. GOLDIN et al., Respondents. In the Matter of ANTONIO DAMIGOS, Also Known as JOHN DURANDES, Petitioner, v HARRISON J. GOLDIN, Respondent. —Determination of respondent Comptroller dated April 23, 1976, in each proceeding, unanimously annulled and the petitions granted on consent, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Evans, Capozzoli and Yesawich, JJ.

■ ST. PAUL FIRE & MARINE INSURANCE COMPANY, Appellant-Respondent, v EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Respondent-Appellant.—Judgment, Supreme Court, New York County, entered on June 8, 1976, unanimously affirmed for the reasons stated by Hughes, J., at Special Term. Defendant-respondent-appellant shall recover of plaintiff-appellant-respondent $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Evans, Capozzoli and Yesawich, JJ.